

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2018

No. 04-17-00232-CV

Thomas Ritter **HELM**,
Appellant

v.

Lisa Lorraine **HAUSER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16709
Honorable Martha Tanner, Judge Presiding

# O R D E R

After his motion for rehearing was denied, Appellant timely filed a motion for en banc reconsideration. Three days later, Appellant filed an amended motion for en banc reconsideration.

Appellant's amended motion for en banc reconsideration exceeds the maximum length for a motion for rehearing: the limit is 4,500 words; the certificate of compliance states the motion contains 8,451 words. *See* TEX. R. APP. P. 9.4(i)(2)(D); *see also id.* R. 9.4(i)(1) ("Contents Included and Excluded").

We STRIKE Appellant's motion for en banc reconsideration. If Appellant wishes to file a second amended motion, we ORDER Appellant to file the motion within TEN DAYS of the date of this order. The second amended motion must fully comply with the applicable rules. *See, e.g., id.* R. 9.4, 9.5, 49.7.

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2018.



KEITH E. HOTTLE,
Clerk of Court